DON SPRINGMEYER (State Bar No. 1021)
WOLF RIFKIN SHAPIRO SCHULMAN RABKIN, LLP
3556 East Russell Road, Second Floor
Las Vegas, Nevada 89120
Tel.   (702) 341-5200
Fax.   (702) 341-5300
Email: DSpringmeyer@wrslawyers.com

Michelle L. Kranz (Ohio 0062479)
(*pro hac vice to be submitted*)
James G. O'Brien  (Ohio 0088460)
(*pro hac vice to be submitted*)
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel.   (419) 841-9623
Fax.   (419) 841-9719
Email: michelle@toledolaw.com
Email: jim@toledolaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Wesley Davis and Betty Davis | Case No.:   2:14-cv-596 |
| Plaintiffs, | **NOTICE OF DISMISSAL** |
| vs. | |
| Actavis Pharma, Inc., Watson Laboratories, Inc., Actavis, Inc., and Physicians Total Care, Inc., | |
| Defendants. | |

## NOTICE OF DISMISSAL

Plaintiffs Wesley Davis and Betty Davis, by and through the undersigned counsel,

/ / /

/ / /

voluntarily dismiss the above-captioned action without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:         May 21, 2014

                                        Respectfully Submitted,

*/s/ Don Springmeyer*
Don Springmeyer (NV Bar# 1021)
WOLF RIFKIN SHAPIRO SCHULMAN RABKIN, LLP
3556 East Russell Road, Second Floor
Las Vegas, Nevada 89120
Tel.     (702) 341-5200
Fax.    (702) 341-5300
Email: DSpringmeyer@wrslawyers.com


Michelle L. Kranz (Ohio 0062479) (PHV)
James G. O'Brien (Ohio 0088460) (PHV)
ZOLL, KRANZ & BORGESS, LLC
6620 W. Central Ave., Suite 100
Toledo, OH 43617
Tel.     (419) 841-9623
Fax.    (419) 841-9719
Email: michelle@toledolaw.com
Email: jim@toledolaw.com

*Counsel for Plaintiffs*